IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DOROTHY L. KONG, | ) | CIVIL NO. 10-00091 HG-LEK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| STATE OF HAWAII, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE

On February 23, 2010, pro se Defendant Dorothy L. Kong ("Dorothy Kong") filed a document titled "Notice of Transfer to Cure Jurisdiction". The Clerk's Office construed this as a Notice of Removal of State v. Dorothy L. Kong, Case No. 2P 510-00013, from the State of Hawai'i District Court of the Second Circuit, Molokai Division. Dorothy Kong, however, did not pay the civil filing fee when she filed the Notice of Removal. On February 23, 2010, Chief United States District Judge Susan Oki Mollway issued a Deficiency Order advising Dorothy Kong that she must either pay the statutory filing fee or submit a fully-completed and executed application to proceed *in forma pauperis* ("IFP Application") within thirty days of the Deficiency Order. The Deficiency Order cautioned that the failure to do so would result in the automatic dismissal of this action. Dorothy Kong neither paid the filing fee nor filed an IFP Application.

On March 31, 2010, Dorothy Kong and Cheryl Kong[1] filed a document titled "Objection to Fees and Consequences for Non Payment; Order" ("Objection").  They argue that the district court has no jurisdiction to demand the payment of filing fees to pursue this action.

Based on the Objection, Dorothy Kong clearly received the Deficiency Order and was therefore on notice that she had thirty days from the date of the Deficiency Order to either pay the filing fee or file an IFP Application.  Dorothy Kong apparently refuses to pay the filing fee, and she has failed to file an IFP Application.  Further, she has not raised any meritorious arguments why she should not be required to pay the filing fee.  This Court therefore FINDS that Dorothy Kong has failed to follow the Deficiency Order.  See Fed. R. Civ. P. 41(b).  The Court RECOMMENDS that the district judge DISMISS this case WITHOUT PREJUDICE, unless Dorothy Kong pays the filing fee or files an IFP Application within fourteen days of the filing of these Findings and Recommendation.

The parties are advised that any objection to these Findings and Recommendation is due seventeen calendar days after being served with a copy of these Findings and Recommendation.  See Fed. R. Civ. P. 5(b)(2) & 6(d); Local Rule LR74.2.  If an

---

[1] Cheryl Kong was not identified as a party in the Notice of Removal.

objection is filed with the Court, it shall be captioned "Objections to Magistrate Judge's Findings and Recommendation." A copy of the objection shall be served on all parties.

    IT IS SO FOUND AND RECOMMENDED.

    DATED AT HONOLULU, HAWAII, April 7, 2010.



    /S/ Leslie E. Kobayashi

Leslie E. Kobayashi
United States Magistrate Judge

**DOROTHY L. KONG V. STATE OF HAWAII; CIVIL NO. 10-00091 HG-LEK; FINDINGS AND RECOMMENDATION TO DISMISS ACTION WITHOUT PREJUDICE**